UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

GERARD BRUDERLE
THE CURTIS CTR, 4TH FL
601 WALNUT ST
PHILADELPHIA, PA 19106

RANDY H. KAPLAN
STE 200, JENKINS COURT
610 OLD YORK RD
JENKINTOWN, PA 19046

NANCY H. RESNICK
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
PHILADELPHIA, PA 19106

### NOTICE OF SCHEDULING CONFERENCE

RE:   MCGLINCHEY v. RUDY, et al.
      CIVIL ACTION NO. 02-2840

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Wednesday, July 31, 2002 at 11:15 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E** Management Program.

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 15, 2002