IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN MCGLINCHEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICHARD B. RUDY, INC., et al. | : | NO. 02-cv-2840 |

### N O T I C E

July 31, 2002

A settlement conference will be held on Tuesday, September 10, 2002 at 2:00 p.m. in chambers, Room 12614.

Principals to be present or available by telephone.

cc: July 31, 2002 (KC) by mail:

RANDY H. KAPLAN
NANCY H. RESNICK
GERARD   BRUDERLE

BY:_____
     Deputy Clerk
     Kathryne M. Crispell