IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN MCGLINCHEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICHARD B. RUDY, INC., et al. | : | NO. 02-cv-2840 |

## **A M E N D E D   N O T I C E**

September 10, 2002

      A settlement conference will be held on Thursday, October 17, 2002 (changed from September 10, 2002) at 11:00 a.m. in chambers, Room 12614.

      Principals to be present or available by telephone.

cc:  September 10, 2002 (KC) by mail:

RANDY H. KAPLAN
NANCY H. RESNICK
GERARD  BRUDERLE

BY:_____
    Deputy Clerk
    Kathryne M. Crispell