IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN MCGLINCHEY | : | CIVIL ACTION |
| v. | : | |
| RICHARD B. RUDY, INC., et al. | : | NO. 02-cv-2840 |

## 2nd A M E N D E D   N O T I C E

October 17, 2002

A settlement conference will be held on Thursday, October 24, 2002 (changed from October 17, 2002) at 2:00 p.m. in chambers, Room 12614.

Principals to be present or available by telephone.

cc:  October 17, 2002 (KC) by fax:

RANDY H. KAPLAN
NANCY H. RESNICK
GERARD  BRUDERLE

BY:_____
         Deputy Clerk
         Kathryne M. Crispell