IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN MCGLINCHEY | : | CIVIL ACTION |
| vs. | : | |
| RICHARD B. RUDY, INC.<br>RUDY LEASING COMPANY<br>RANDALL JOURDAN | :<br><br>: | <br><br>NO. 02-2840 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, December 19, 2002.*  PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                        Michael E. Kunz
                                                                         Clerk of Court

**\*NO CONTINUANCES**
**WILL BE GRANTED WITHOUT**
**COURT APPROVAL\***                              By:_____
                                                              ADRIENNE MANN
                                                               Deputy Clerk
                                                               Phone:267-299-7075

Date: October 30, 2002

Copies:       Kathryne Crispell, Courtroom Deputy to Judge Ludwig
                Docket Clerk - Case File

        Counsel:    Randy H. Kaplan, Esq.
                         Gerard Bruderle, Esq.
                         Nancy H. Resnick, Esq.

        Arbitrators:

ARB2.FRM