IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN MCGLINCHEY | : | CIVIL ACTION |
| vs. | : | |
| RICHARD B. RUDY, INC., RUDY LEASING COMPANY, RANDALL JOURDAN | : : | NO. 02-2840 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Tuesday, January 7, 2003**\***.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

**\*Case continued from December 19, 2002
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: December 20, 2002

Copies:    Kathryne Crispell, Courtroom Deputy to Judge Ludwig
Docket Clerk - Case File

   Counsel:    Randy H. Kaplan, Esq.
   Gerard Bruderle, Esq.
   Nancy H. Resnick, Esq.

   Arbitrators:   Eugene Cipriani, Esq.
   Vincent Presto, Esq.
   Alice Ballard, Esq.

ARB2.FRM