**TRIAL**  SO__1___
**ARBITRATION APPEAL**

C.A. No. <u>02-CV-2840</u>   Jury <u>X</u>  Non-jury_____   Date action filed: <u>5/13/02</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                              Trial Counsel:

ELLEN MCGLINCHEY                  Randy H. Kaplan

     v.

RICHARD B. RUDY               Nancy Resnick/Gerard Bruderle

     **O R D E R**

It is ORDERED:

1. Discovery deadline:                       <u>Ready</u>
2. Exchange of experts reports:   Plaintiff  <u>By agreement</u>
                                         Defendant   "

3. Pretrial Order signed by all counsel.
   (See Standing Order on pretrial
   preparation - on back of this page.)   <u>May 2, 2003</u>

4. Trial date:                             <u>May 12, 2003</u>
                                                Monday list no. <u>1</u>

**Note:** A special listing entered after this Order will not be recognized.

_____

- Contact courtroom deputy for instructions before filing a discovery motion as to a discovery dispute. (267) 299-7589. If total default, file under Local Rule 26.1(g) for immediate order.

- No final pretrial conference unless requested.

- Trial depositions no later than 10 days before trial date unless by agreement or court approval.

- See Scheduling Policy Statement.

- Summary judgment motions must be received by the court and nonmovants at least 30 days before trial date unless otherwise permitted.

By <u>April 25, 2003</u> plaintiff will report in writing on counsels' serious settlement efforts. Any party may request another conference.

Date: <u>March 11, 2003</u>             _____
                                        Edmund V. Ludwig, J.

**Pretrial Preparation SOP
for trials before
Judge Ludwig**

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts.  A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's witnesses and the subject matter of the witness's testimony.

4. Each party's exhibits, as marked for trial.

    - Any objections to authenticity should be noted or will be considered waived.

5. Unusual issues - contentions and authority.

6. Brief description of any motions in limine - and nonmovant's position.

7. The signed approval of trial counsel for each party.

Plaintiff's counsel should circulate initial draft at least one week before date due.

———————————

To be submitted by first day of jury trial:

- Requests for jury instructions.

- Proposed jury verdict form ("special interrogatories" - contact courtroom deputy for format).

By first day of nonjury trial:

- Requests for findings and conclusions.

Judge Ludwig

2.