IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ELLEN MCGLINCHEY                    :           CIVIL ACTION
                                    :
            v.                      :
                                    :
RICHARD B. RUDY, INC., et al.       :           NO. 02-cv-2840

**N O T I C E**

April 1, 2003

        A settlement conference will be held on Tuesday, April

8, 2003 at 2:00 p.m. in chambers, Room 12614.

        Principals to be present or available by telephone.


cc:  April 1, 2003 (KC) by fax:

RANDY H. KAPLAN
NANCY H. RESNICK
GERARD  BRUDERLE



BY:_____
        Deputy Clerk
        Kathryne M. Crispell