IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Carol Sampson | Kathryne M. Crispell |
|---|---|
| Court Reporter | Deputy Clerk |

ELLEN MCGLINCHEY          :          Randy H. Kaplan

       vs.          :          CV   NO. 02-2840

RICHARD B. RUDY, INC.          :          Gerard Bruderle
                                          :

## MINUTE SHEET

BEFORE JUDGE EDMUND V. LUDWIG          DATE 5/12/2003   TIME 10:00 A.M.

CASE CALLED TO TRIAL

_____

**PROCEEDING**

Counsel, parties present.

Settlement conference in chambers (off the record)

3:45 p.m.: jury panel available  22 jurors called, voir dire, selected:

- William Ables
- Steven A. Konde
- Richard Abramson
- Margaret C. Marino
- Bonita J. Bickel
- Diane E. Fry
- Michael P. Maguire
- Linda Farrelly

Judge addresses jurors, dismissed until 9:30 a.m. 5/13/03.

Court adjourned at 4:45 P.M.   To reconvene 5/13/03 @ 9:30 a.m.

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
   SPEEDY TRIAL ACT DELAY CODE( )     [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT :  1 hour.**
rev. 5/2003