IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELLEN MCGLINCHEY                         :        CIVIL ACTION
                                         :
           v.                            :
                                         :
RICHARD B. RUDY, INC., et al.            :        NO. 02-2840

O R D E R

AND NOW, this 14th day of May, 2003, in accordance with jury verdict,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the plaintiff, Ellen McGlinchey, and against the defendants, Richard B. Rudy, Inc., Rudy Leasing Company and Randall Jourdan, in the amount of ONE HUNDRED TWENTY FIVE THOUSAND ($125,000.) DOLLARS.

BY THE COURT

ATTEST:
        Kathryne M. Crispell
        Deputy Clerk

Civ 1 (8/80)