IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN McGLINCHEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICHARD B. RUDY, INC., et al. | : | No. 02-2840 |

## **JURY VERDICT**

_____We, the Jury, unanimously answer the following question:

1. What amount of damages, if any, are awarded to plaintiff for the personal injuries sustained by her as a result of the accident?

$ 125,000

_____
Jury Foreperson
Richard M. Abramson