IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Carol Sampson | | Kathryne M. Crispell |
|---|---|---|
| Court Reporter | | Deputy Clerk |

| ELLEN MCGLINCHEY | : | Randy H. Kaplan |
|---|---|---|
| vs. | : | CV NO. 02-2840 |
| RICHARD B. RUDY, INC. | : | Gerard Bruderle |
| | : | |

## MINUTE SHEET

BEFORE JUDGE EDMUND V. LUDWIG   DATE 5/14/2003   TIME 10:00 A.M.

CIVIL JURY TRIAL - Day 2

___

**PROCEEDING**

Trial as to damages, only.

Counsel, parties present.

Defendant's witness:
    Dr. Richard Katz, by video
Defendant rests.

Mr. Kaplan's closing arguments on behalf of the plaintiff.
Mr. Bruderle's closing arguments on behalf of all defendants.
Plaintiff's rebuttal.

Lunch ordered for 8 jurors and 1 deputy clerk.

Judge's charge to the jury, who retire to deliberate in custody of deputy clerk.

VERDICT on damages: in favor of the plaintiff and against defendants in the amount of $125,000.

Verdict recorded.

Judge addresses the jurors, jurors dismissed.

Court adjourned at 5:15 P.M.   To reconvene ------------

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
   SPEEDY TRIAL ACT DELAY CODE( )   [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT : 7 hours.**
rev. 5/2003