IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELLEN MCGLINCHEY : CIVIL ACTION

vs. : NO. 02-2840

RICHARD B. RUDY, INC., et al. :

**ORDER**

BEFORE THE HONORABLE EDMUND V. LUDWIG

**AND NOW,** this 14th day of May, 2003, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for 8 jurors and 1 deputy clerk engaged in the above entitled case.

BY THE COURT:

ATTEST:_____
Kathryne M. Crispell
Deputy Clerk


cc:   Fiscal Section (2)

   5/15/03     KMC
   Date        By Whom


Civ 3(a) (5/89)