IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Carol Sampson | | Kathryne M. Crispell |
|---|---|---|
| Court Reporter | | Deputy Clerk |

| ELLEN MCGLINCHEY | : | Randy H. Kaplan |
| vs. | : | CV  NO. 02-2840 |
| RICHARD B. RUDY, INC. | : | Gerard Bruderle |
| | : | |

**MINUTE SHEET**

BEFORE JUDGE EDMUND V. LUDWIG     DATE 5/13/2003     TIME 10:00 A.M.

CIVIL JURY TRIAL - Day 1

_____
**PROCEEDING**

Trial as to damages, only.

Counsel, parties present.

Mr. Kaplan's opening statements on behalf of the plaintiff.
Mr. Bruderle's opening statements on behalf of all defendants.

Plaintiff's witnesses:

> Ellen McGlinchey, sworn.
> Dr. Craig Weiss, sworn.
> Dr. Thomas Zavitsanos, video
> Dr. Lawrence Schmitzer, video

Plaintiff rests.

Court adjourned at 4:30 P.M.   To reconvene  5/14/03 @ 10  a.m.

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
    SPEEDY TRIAL ACT DELAY CODE(  )     [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT :  6 hours.**
rev. 5/2003