IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELLEN MCGLINCHEY                  :           CIVIL ACTION
                                  :
            v.                    :
                                  :
RICHARD B. RUDY, INC., et al.     :           NO.  02-2840

O R D E R

AND NOW, this 2nd day of June, 2003, it is hereby DECREED that the judgment entered in favor of the plaintiff has been SATISFIED and the case is hereby dismissed.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.